UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                                           :

UNITED STATES OF AMERICA       :
                                                           :          **ORDER**
            - v. -                             :
                                                           :          22 Cr. 293 (JPO)
JOSE GUTIERREZ,                     :
    a/k/a "G,"                            :
              Defendant.              :
                                                           :
------------------------------ x

WHEREAS on July 27, 2022, the Hon. Sarah Netburn, United States Magistrate Judge for the Southern District of New York, held a bail hearing for the defendant and ordered him released on the following conditions: home detention with electronic monitoring; a $100,000 bond signed by two financially responsible persons; defendant to reside at his mother's apartment in Connecticut and defendant's mother to serve as a third-party custodian; release stayed until July 29, 2022;

WHEREAS this Court has informed the Government that it is available to hear the Government's bail appeal on August 3, 2022, at 3:00 p.m., and defense counsel has informed the Government that he is available on that date;

IT IS HEREBY ORDERED THAT:

The defendant's release on bail is stayed pending the outcome of the August 3 bail hearing by this Court.

SO ORDERED:

Dated:     New York, New York
             July 27, 2022

_____
J. PAUL OETKEN
United States District Judge